# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: APPOINTMENT TO | : | No. 463 |
| | : | |
| CRIMINAL PROCEDURAL | : | CRIMINAL PROCEDURAL RULES |
| | : | DOCKET |
| RULES COMMITTEE | : | |

## O R D E R

**PER CURIAM:**

AND NOW, this 12th day of May, 2015, John P. Delaney, Jr., Esquire, Philadelphia, is hereby appointed as a member of the Criminal Procedural Rules Committee for a term expiring January 1, 2017.